Daniel M. Cislo, Esq., No. 125,378
    *dan@cislo.com*
Mark D. Nielsen, Esq., No. 210,023
    *mnielsen@cislo.com*
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 451-0647
Fax: (310) 394-4477

Attorneys for Plaintiff,
XEO INT., LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEO INT., LTD, a business entity organized under the laws of Great Britain,<br><br>    Plaintiff,<br><br>vs.<br><br>HOOKAHZZ, LLC, a California limited liability company, and DOES 1-9, inclusive,<br><br>    Defendants. | CASE NO. CV 15-5213-GW(JPRx)<br><br>[Hon. George H. Wu]<br><br>**PERMANENT INJUNCTION AND ORDER OF DISMISSAL** |

Pursuant to the Stipulated Permanent Injunction and Stipulation of Dismissal submitted by the Parties, the Court hereby enters the following order:

### **STATEMENT OF FACTS**

1.     XEO is the owner of United States Design Patent D687,181 entitled "Electronic Smoking Device" (the "'181 Patent"), the '181 Patent being active and in force.

2. Hookahzz has been, and is, making, using, importing, offering to sell, and/or sell in the United States, or causing others in the United States to make, use, import, offer to sell, and/or sell, the following articles that XEO believes to be within the scope of the claim in the '181 Patent: (1) Hemp CBD Hookah – Double Applez; (2) Hemp CBD Hookah – Melon Madnezz; (3) Hemp CBD Hookah – Fresh Mintzz; (4) Hemp CBD Hookah – Pink Diva; and, (5) Hemp CBD Hookah – Razzleberry (hereafter collectively, the "Accused Products").

3. As part of a settlement of this action, XEO and Hookahzz have stipulated and agreed to the terms of the permanent injunction below.

WHEREFORE, IT IS HEREBY ORDERED AND DECREED AS FOLLOWS:

1. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338, personal jurisdiction over Hookahzz, and venue is proper as to Hookahzz, for purposes of this case.

2. XEO's '181 Patent is valid, subsisting, and enforceable.

3. Effective immediately, Hookahzz, its agents, employees, representatives, and all persons in active concert or participation with it or any of them, shall immediately cease all manufacture, use, importing, offering for sale and/or selling: (a) the Accused Products, and (b) any other product having a design within the scope of the '181 Patent, including any product having any number of rings at the portion of the mouthpiece adjacent the barrel.

4. Effective immediately, Hookahzz shall not aid or assist any person or entity in engaging in any of the above-referenced prohibited activities.

5. This injunction shall remain in effect until the '181 Patent expires or is declared invalid by a Court of Law.

6. The above-captioned action is hereby dismissed in its entirety, with prejudice.

7. XEO and Hookahzz shall each bear their own respective costs, expenses, and attorneys' fees incurred in connection with the above-captioned action as to the claims between them.

8. The Court retains jurisdiction over the above-captioned action for purposes of enforcing the settlement agreement between XEO and Hookahzz, and this Permanent Injunction entered by the Court.

Respectfully submitted,

| CISLO & THOMAS LLP | EASTMAN & MCCARTNEY LLP |
|---|---|
| By: /s/ Daniel M. Cislo<br>　　Daniel M. Cislo<br>　　Mark D. Nielsen<br><br>Attorneys for Plaintiff,<br>XEO INT., LTD.<br><br>Dated: May 31, 2016 | By: /s/ Gary L. Eastman (with permission)<br>　　Gary L. Eastman<br>　　Kenny Nguyen<br><br>Attorneys for Defendant,<br>HOOKAHZZ, LLC<br><br>Dated: May 31, 2016 |

**IT IS SO ORDERED**.

Date: June 1, 2016

_____
Hon. George H. Wu
United States District Judge

\\srv-DB\TMDOCS\15-30545\Proposed Permanent Injunction and Order of Dismissal.DOC

3

# CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2016, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing system of the court.

I hereby certify that on May 31, 2016, I caused the foregoing document to be served by the Court's Electronic Filing System:

Gary L. Eastman, Esq.
gary@eastmanmccartney.com
Kenny Nguyen, Esq.
kenny@eastmanmccartney.com
EASTMAN & MCCARTNEY LLP
401 West A Street, Suite 1785
San Diego, California 92101
Telephone: (619) 230-1144
Fax: (619) 230-1194

☒ **FEDERAL**:  I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on May 31, 2016, at Westlake Village, California.

/s/Laura Banuelos
Laura Banuelos

CISLO & THOMAS LLP
Attorneys at Law
SUITE 1700
12100 Wilshire Boulevard
Los Angeles, CALIFORNIA 90025
Telephone: (310) 451-0647   Facsimile: (310)